B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Anderson, Scott** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6327** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8445 Alden Lane**<br>**Darien, IL**<br>ZIP Code **60561** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**237 Moody Street, #552**<br>**Waltham, MA**<br>ZIP Code **02453** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**    *** SCOTT R. CLAR 06183741 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Anderson, Scott** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>     _____ <br>     (Name of landlord that obtained judgment) <br><br><br>     _____ <br>     (Address of landlord) <br><br> ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Anderson, Scott** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott Anderson**
Signature of Debtor  **Scott Anderson**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**January  9, 2008**
Date

**Signature of Attorney***

X **/s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR  06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777**
Telephone Number

**January  9, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Scott Anderson** _____   Case No. _____

Debtor(s)   Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Scott Anderson**
                       **Scott Anderson**
Date:   **January  9, 2008**

Certificate Number: 00981-ILN-CC-002305272

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 6, 2007 , at 10:21 o'clock AM CDT ,

Scott Anderson received from

Credit Advisors Foundation ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: August 6, 2007            By    /s/Amanda Hunter

                                Name   Amanda Hunter

                                Title  Bankruptcy Administrator

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Scott Anderson**                                                                         ,   Case No. _____

                                                Debtor

                                                                                                        Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 187,500.00 | | |
| B - Personal Property | Yes | 4 | 25,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 260,835.70 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,882,268.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,350.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 11,835.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 213,000.00 | | |
| Total Liabilities | | | | 2,143,103.94 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Scott Anderson**                       ,     Case No. _____

                   Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Scott Anderson**                                                      ,     Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **8445 Alden Lane, Darien, IL 60561** | **Joint** | **J** | **187,500.00** | **654,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **187,500.00** | (Total of this page) |
| Total > | **187,500.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Scott Anderson**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household furniture at 237 Moody St., #552, Waltham, MA** | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **personal clothing** | - | 1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          5,000.00
(Total of this page)

**2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Scott Anderson**                                                     ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **SEE LIST ATTACHED** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Scott Anderson**                                                          ,    Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Mercury Maurader** | - | 5,500.00 |
| | | **2006 Big Horn RV** | - | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 20,500.00 |
| (Total of this page) | |
| Total > | 25,500.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

| Company Listing | S. Anderson | Mirek W. | Dr. Immel | Dr. Dixon | Totals | Tax ID # | Operations Address | Operations Address |
|---|---|---|---|---|---|---|---|---|
| Medical Practice Managers of Illinois, Inc. | 62.5 | 13 | 24.5 | 0 | 100 | 371427332 | 8255 Lemont Road, Darien, IL 60561 | 8255 Lemont Road, Darien, IL 60561 |
| Practice Developers of Illinois, Inc. | 62.5 | 13 | 24.5 | 0 | 100 | | 8255 Lemont Road, Darien, IL 60561 | |
| NeuroMed Services, Inc. | 87 | 13 | 0 | 0 | 100 | 36-4274940 | 8255 Lemont Road, Darien, IL 60561 | |
| PainCare America, L.L.C. | 85 | 15 | 0 | 0 | 100 | | 8255 Lemont Road, Darien, IL 60561 | |
| Premus Healthcare, Inc. | 85 | 15 | 0 | 0 | 100 | | 8255 Lemont Road, Darien, IL 60561 | |
| Illinois Critical Care, Inc. | 62.5 | 13 | 24.5 | 0 | 100 | | 8255 Lemont Road, Darien, IL 60561 | |
| DuraMed Services, Inc. | 100 | 0 | 0 | 0 | 100 | | 8255 Lemont Road, Darien, IL 60561 | |
| Joliet Surgical Facility, Inc. | 87 | 13 | 0 | 0 | 100 | 35-2179349 | 8255 Lemont Road, Darien, IL 60561 | 2121 Oneida Street, Joliet IL |
| Suburban Surgical Facility, Inc. | 87 | 13 | 0 | 0 | 100 | 01-0784850 | 8255 Lemont Road, Darien, IL 60561 | |
| Medical Business Services of Des Plaines, Inc. | 100 | 0 | 0 | 0 | 100 | | 8255 Lemont Road, Darien, IL 60561 | |
| Medical Business Services of Joliet, Inc. | 100 | 0 | 0 | 0 | 100 | | 8255 Lemont Road, Darien, IL 60561 | |
| Joliet PainCare Center, S.C. | 0 | 0 | 0 | 100 | 100 | 02-0620993 | 8255 Lemont Road, Darien, IL 60561 | 2121 Oneida Street, Joliet IL |
| Suburban PainCare Center, S.C. | 0 | 0 | 0 | 100 | 100 | 58-2671720 | 8255 Lemont Road, Darien, IL 60561 | |
| PainCare America, S.C. | 0 | 0 | 0 | 100 | 100 | 20-0098231 | 8255 Lemont Road, Darien, IL 60561 | |
| Chicago PainCare Center, S.C. | 0 | 0 | 0 | 100 | 100 | | 8255 Lemont Road, Darien, IL 60561 | |

B6C (Official Form 6C) (12/07)

.

In re    **Scott Anderson**
_____ ,    Case No. _____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $136,875.
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**8445 Alden Lane, Darien, IL 60561** | **735 ILCS 5/12-901** | **15,000.00** | **187,500.00** |
| **Household Goods and Furnishings**<br>**Household furniture at 237 Moody St., #552, Waltham, MA** | **735 ILCS 5/12-1001(b)** | **4,000.00** | **4,000.00** |
| **Wearing Apparel**<br>**personal clothing** | **735 ILCS 5/12-1001(a)** | **100%** | **1,000.00** |
| **Stock and Interests in Businesses**<br>**SEE LIST ATTACHED** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2004 Mercury Maurader** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **5,500.00** |

|  | Total: | **22,400.00** | **198,000.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Scott Anderson**                                                                    Case No. _____
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5000745571** | | | June 2002 | | | | | |
| **CitiFinancial Mortgage** P.O. Box 9023 Des Moines, IA 50368 | | - | home mortgage Residence: 8445 Alden Lane, Darien, IL 60561 | | | | | |
| | | | Value $                375,000.00 | | | | 204,604.72 | 0.00 |
| Account No. **37185528** | | | June 2004 | | | | | |
| **Ford Credit** P.O. Box 790093 Saint Louis, MO 63179 | | - | Mercury Marauder 4-door sedan | | | | | |
| | | | Value $                15,000.00 | | | | 17,534.28 | 2,534.28 |
| Account No. **25-90217587** | | | 8/31/06 | | | | | |
| **Northshore Bank** 15700 West BlueMound Road Brookfield, WI 53005 | | - | 2006 Big Horn - 3500 RL-RV Trailer | | | | | |
| | | | Value $                32,500.00 | | | | 38,696.70 | 6,196.70 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | Subtotal (Total of this page) | 260,835.70 | 8,730.98 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 260,835.70 | 8,730.98 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Scott Anderson**
_____,   Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **Scott Anderson**                                                                         , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07-002628** <br><br> **Amanda Tenbarge** <br> **2200 N. Leavitt #1** <br> **Chicago, IL 60657** | X | - | Creditor of corporate entities of which Scott Anderson has an interest | | | | 3,290.58 |
| Account No. **JOLI-01** <br><br> **AnazaoHealth Corp.** <br> **P.O. Box 850001** <br> **Orlando, FL 32885** | X | - | Creditor of corporate entities of which Scott Anderson has an interest | | | | 18,633.80 |
| Account No. **07-002581** <br><br> **Antonine Cham, MD** <br> **Miranda Iskell** <br> **985 N. English** <br> **Braidwood, IL 60408** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 798.00 |
| Account No. **8157306800** <br><br> **AT&T** <br> **P.O. Box 5218** <br> **Woodridge, IL 60517** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 822.36 |

__19__  continuation sheets attached

Subtotal
(Total of this page)                          **23,544.74**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      S/N:21307-071221    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Anderson** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **829340521**<br><br>**At&T**<br>**P.O. Box 5218**<br>**Woodridge, IL 60517** | X | - | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 2,552.80 |
| Account No. **07-002722**<br><br>**Aubrey Linder**<br>**2843 Rutland Cr #203**<br>**Naperville, IL 60564** | X | - | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 2,607.26 |
| Account No. **4888-9400-7132-0770**<br><br>**Bank of America Visa**<br>**P.o. Box 15489**<br>**Wilmington, DE 19886** | W | | | | | | | 138.95 |
| Account No.<br><br>**The Bank of Commerce**<br>**171 East Irving Park Rd.**<br>**Wood Dale, IL 60191** | - | | | 3/28/03<br>Equip: Radionics Lesion Generator<br><br>Creditor of corporate entities in which Scott Anderson has an interest | | | | 33,152.00 |
| Account No.<br><br>**The Bank of Commerce**<br>**171 E. Irving Park Rd.**<br>**Wood Dale, IL 60191** | - | | | 1/15/03<br>Equip: Morgan ELT-M Imaging Tale<br><br>Creditor of corporate entities in which Scott Anderson has an interest | | | | 21,105.00 |

Sheet no. __**1**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **59,556.01**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Anderson**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **411715-205288455**<br><br>**Beneficial<br>193 North York Rd.<br>Elmhurst, IL 60126** | | W | Loan | | | | 4,966.91 |
| Account No. **411715 06 528074-1**<br><br>**Beneficial<br>193 North York Road<br>Elmhurst, IL 60126** | | H | Credit Line - Loan | | | | 12,164.53 |
| Account No. **4205925**<br><br>**Biehl & Biehl, Inc.<br>P.O. Box 87410<br>Carol Stream, IL 60188** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 5,192.55 |
| Account No. **096395121 Chg Tribune**<br><br>**Biehl & Biehl, Inc.<br>P.O. Box 87410<br>Carol Stream, IL 60188** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 2,995.00 |
| Account No. **274007**<br><br>**Biomet Spine<br>P.O. Box 587<br>Warsaw, IN 46581** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 696.90 |

Sheet no. __**2**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,015.89

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Anderson**                                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **274007** <br><br> **Biomet Spine** <br> **P.O. Box 587** <br> **Warsaw, IN 46581** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | **8,666.47** |
| Account No. **5178-0524-8761-2786** <br><br> **Capitol One** <br> **P.O. Box 790216** <br> **Saint Louis, MO 63179** | | W | | | | | **550.00** |
| Account No. **4121-7470-5431-2659** <br><br> **Capitol One** <br> **P.O. Box 70884** <br> **Charlotte, NC 28272** | | H | | | | | **3,800.00** |
| Account No. **4791-2470-9506-5779** <br><br> **Capitol One** <br> **P.O. Box 60067** <br> **City Of Industry, CA 91716** | | H | | | | | **5,000.00** |
| Account No. **4791 2470 9578 2746** <br><br> **Capitol One** <br> **P.O. Box 60067** <br> **City Of Industry, CA 91716** | | H | **credit card** | | | | **500.00** |

Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,516.47**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Anderson**                                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178 0573 1513 6239** <br><br> **Capitol One** <br> **P.O. Box 60024** <br> **City Of Industry, CA 91716** | | H | credit card | | | | 500.00 |
| Account No. **4640 1820 3755 8479** <br><br> **Card member Service** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886** | | H | credit card | | | | 400.00 |
| Account No. **07-002759** <br><br> **Carrie Keough** <br> **354 S. Palmer** <br> **Bolingbrook, IL 60490** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 3,008.42 |
| Account No. **07 002586** <br><br> **Carrie Salamone** <br> **20865 W. Ames Ct.** <br> **Plainfield, IL 60544** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 1,500.12 |
| Account No. **11460** <br><br> **Central Electronic Security, Inc.** <br> **350 Randy Rd.** <br> **Carol Stream, IL 60188** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 243.45 |

Sheet no. __**4**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,651.99

B6F (Official Form 6F) (12/07) - Cont.

In re __Scott Anderson_____,    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Case No. 07 003498 | | | | |
| | | | Creditor of corporate entities in which Scott | | | | |
| Christopher Evans | X | - | Anderson has an interest | | | | |
| 146334 Victoria Crossing | | | | | | | |
| Lockport, IL 60441 | | | | | | | |
| | | | | | | | 3,846.15 |
| Account No. 9389421 | | | Creditor of corporate entities in which Scott | | | | |
| | | | Anderson has an interest | | | | |
| CIT Technology Finance Service | X | - | | | | | |
| P.O. Box 550599 | | | | | | | |
| Jacksonville, FL 32255 | | | | | | | |
| | | | | | | | 2,725.57 |
| Account No. 3572021 | | | Creditor of corporate entities in which Scott | | | | |
| | | | Anderson has an interest | | | | |
| Citicorp Vendor Finance | X | - | | | | | |
| P.O. Box 7247-0322 | | | | | | | |
| Philadelphia, PA 19170 | | | | | | | |
| | | | | | | | 1,752.42 |
| Account No. 3678990 | | | Creditor of corporate entities in which Scott | | | | |
| | | | Anderson has an interest | | | | |
| Citicorp Vendor Finance | X | - | | | | | |
| P.O. Box 7247-0322 | | | | | | | |
| Philadelphia, PA 19170 | | | | | | | |
| | | | | | | | 2,137.41 |
| Account No. | | | | | | | |
| | | | | | | | |
| Creekridge Capital LLC | | - | | | | | |
| 7808 Creekridge Circle, Suite 250 | | | | | | | |
| Minneapolis, MN 55439 | | | | | | | |
| | | | | | | | 250,000.00 |

Sheet no. __5___ of __19___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

260,461.55

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Scott Anderson_____,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **25815** <br><br> **Crowe, Chizek & Co.** <br> **696 Bay Rd.** <br> **St B** <br> **Dover, DE 19901** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 32,273.68 |
| Account No. **07-002763** <br><br> **Daniel Cha, MD** <br> **1751 W. George St.** <br> **Chicago, IL 60657** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 14,343.38 |
| Account No. **302263 000 00001 0000** <br><br> **Delta Dental** <br> **801 Ogden Ave.** <br> **Lisle, IL 60532** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 4,722.93 |
| Account No. **2050084** <br><br> **DHL** <br> **1229 W. Randolph** <br> **Chicago, IL 60607** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 9,413.19 |
| Account No. <br><br> **Direct TV** <br> **address not available** <br> **800-531-5000** | | H | Direct TV Cable Service | | | | 0.00 |

Sheet no. __6___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **60,753.18** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Scott Anderson** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **316720070702** <br><br> Etactics <br> 70 W. Streetsboro Rd., Ste. 201 <br> Hudson, OH 44236 | X | - | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 1,426.12 |
| Account No. **Lease #0474599-001** <br><br> Etactics <br> 3455 S. 344th Way <br> #300 Federal Way <br> Auburn, WA 98001 | X | - | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 70,402.00 |
| Account No. **339471** <br><br> Financial Pacific Leasing, LLC <br> 3455 South 344th Way <br> Auburn, WA 98001 | | - | | | 12/11/06 <br> JPCC-Back Extension, lead shield, 2 plasma TVs PDI - 1 server. <br><br> Creditor of corporate entities in which Scott Anderson has an interest | | | | 34,601.00 |
| Account No. <br><br> First Personal Bank <br> 14701 Ravinia Ave. <br> Orland Park, IL 60462 | | - | | | 1/14/05 <br> equipment lease obligation <br><br> Creditor of corporate entities in which Scott Anderson has an interest | | | | 95,482.00 |
| Account No. <br><br> First Personal Bank | | - | | | 2/1/05 <br> Equipment: JPCC-Scantron, Charting Plus, MPM-computers and software <br><br> Creditor of corporate entities in which Scott Anderson has an interest | | | | 60,079.00 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

261,990.12

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Scott Anderson_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Personal Bank** | | - | **8/18/05**<br>**Equip: compumedics sleep diagnostic system, wall beds, PT equip, Gaitscan software**<br><br>**Creditor of corporate entities in which Scott Anderson has an interest** | | | | 96,181.00 |
| Account No. **41200176**<br><br>**Ford Credit**<br>**P.O. Box 790093**<br>**Saint Louis, MO 63179** | | - | **August 2006**<br>**Mercury Mountaineer repossessed 9/15/07**<br><br>**decifiency claim** | | | | 37,000.00 |
| Account No. **41676220**<br><br>**Ford Credit**<br>**P.O. Box 790093**<br>**Saint Louis, MO 63179** | | - | **November 2006**<br>**Ford Mini-Van repossessed 9/15/07 - deficiency claim** | | | | 22,809.51 |
| Account No.<br><br>**Fredrickson Pharmacy**<br>**2121 Oneida St**<br>**Joliet, IL 60435** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 374.48 |
| Account No. **90133656666**<br><br>**GE Capitol**<br>**P.O. Box 740441**<br>**Atlanta, GA 30374** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 9,577.62 |

Sheet no. __8___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165,942.61

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Anderson**                                                      ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13111269** <br><br> **GE Healthcare Fin. Services** <br> **P.O. Box 641419** <br> **Pittsburgh, PA 15264** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 34,185.84 |
| Account No. **13267737** <br><br> **GE Healthcare Financial Serives** <br> **P.O. Box 641419** <br> **Pittsburgh, PA 15264** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 23,719.71 |
| Account No. **13232169** <br><br> **GE Healthcare Financial Services** <br> **P.O. Box 641419** <br> **Pittsburgh, PA 15264** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 577.84 |
| Account No. **13232170** <br><br> **GE Healthcare Financial Services** <br> **P.O. Box 641419** <br> **Pittsburgh, PA 15264** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 1,128.16 |
| Account No. **13267736** <br><br> **GE Healthcare Financial Services** <br> **P.O. Box 641419** <br> **Pittsburgh, PA 15264** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 17,243.19 |

Sheet no. __**9**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,854.74

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Anderson**                                        ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **13303934** <br><br> **GE Healthcare Financial Services** <br> **P.O. Box 641419** <br> **Pittsburgh, PA 15264** | X | - | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 1,417.08 |
| Account No. **13303933** <br><br> **GE Healthcare Financial Services** <br> **P.O. Box 641419** <br> **Pittsburgh, PA 15264** | X | - | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 866.76 |
| Account No. <br><br> **GE Healthcare Financial Services** <br> **500 West Monroe** <br> **Chicago, IL 60661** | | - | | | | | | | 0.00 |
| Account No. **516129** <br><br> **GE Healthcare OEC** <br> **P.O. Box 26084** <br> **Salt Lake City, UT 84126** | X | - | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 16,350.95 |
| Account No. **516129** <br><br> **GE Medical Systems** <br> **P.O. Box 26084** <br> **Salt Lake City, UT 84126** | X | - | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 13,790.01 |

Sheet no. __**10**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **32,424.80**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Anderson**                                                                          ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>George M. Stuhr<br>54 N. Ottawa St., #200<br>Joliet, IL 60432 | | - | may have interest in Triumph R.E. Partnership v. Medical Practice Managers of Illinois<br><br>**Creditor of corporate entities in which Scott Anderson has an interest** | | | | **Unknown** |
| Account No. **10011004** <br><br>GlobalCom<br>200 E. Randolph Dr.<br>Chicago, IL 60601 | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | **2,550.61** |
| Account No. **10015349** <br><br>GlobalCom<br>200 E. Randolph Dr.<br>Chicago, IL 60601 | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | **3,028.40** |
| Account No. **1011004** <br><br>GlobalCom<br>200 E. Randolph Dr.<br>Chicago, IL 60601 | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | **3,052.74** |
| Account No. **6035320358995461** <br><br>Home Depot<br>P.O. Box 689100<br>Des Moines, IA 50368 | | H | | | | | **5,600.00** |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,231.75**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Anderson**
_____,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **AT-NON148370** | | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | |
| **IC Commercial Services-Career Bldrs 4012 Gunn Highway #250 Tampa, FL 33618** | X | - | | | | | | 5,375.00 |
| Account No. **687731-2** | | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | |
| **IL Paper Company P.O. Box 1008 Arlington Heights, IL 60006** | X | - | | | | | | 16,154.93 |
| Account No. **IC00108517** | | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | |
| **Inland Continental Property Mgmt. 2901 Butterfield Rd. Oak Brook, IL 60523** | X | - | | | | | | 54,231.52 |
| Account No. **90172** | | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | |
| **Integra P.O. Box 404129 Atlanta, GA 30384** | X | - | | | | | | 1,855.22 |
| Account No. **07-003406** | | | | Creditor of corporate entities in which Scott Anderson has an interest | | | | |
| **James Ivey 14744 Whipple St. Posen, IL 60469** | X | - | | | | | | 5,135.84 |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                82,752.51

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Scott Anderson**                                                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07-002582** <br><br> **Jennifer Carley** <br> **1907 Wilcox St.** <br> **Crest Hill, IL 60403** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | **2,452.75** |
| Account No. <br><br> **John O'Donnell** <br> **10759 W. 159th St.** <br> **Orland Park, IL 60467** | | - | may have interest in Jon Zemke v. Anderson, et al., No. 07 L 380 | | | | **Unknown** |
| Account No. **07-002584** <br><br> **Jon Zemke** <br> **1943 Letrim Ct.** <br> **Mokena, IL 60448** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | **103,382.84** |
| Account No. **07-002785** <br><br> **Leanne M. Lewis** <br> **12425 S. McVickers Ave.** <br> **Palos Heights, IL 60463** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | **5,460.67** |
| Account No. **001 0367046 001** <br><br> **Marlin Leasing** <br> **300 Fellowship Rd.** <br> **Mount Laurel, NJ 08054** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | **162.98** |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **111,459.24**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Anderson**                                                              ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **367046**<br><br>**Marlin Leasing**<br>**300 Fellowship Rd.**<br>**Mount Laurel, NJ 08054** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | **437.45** |
| Account No. **07-002627**<br><br>**Mike Perez**<br>**403 Harding Ave.**<br>**Waukegan, IL 60085** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | **5,495.00** |
| Account No. **8008**<br><br>**MVAP**<br>**3555 Old Coneja Rd.**<br>**Newbury Park, CA 91320** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | **551.28** |
| Account No.<br><br>**Norman Finkel**<br>**Schoenberg Finkel Newman &Rosenberg**<br>**222 S. Riverside #2100**<br>**Chicago, IL 60606** | | - | **may have interest in Vittorio Caterino v. Scott Anderson** | | | | **Unknown** |
| Account No.<br><br>**Northern Healthcare Capital**<br>**333 Seventh Ave.**<br>**New York, NY 10001** | | - | **October 2006**<br>**Equipment: credit line** | | | | **500,000.00** |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**506,483.73**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Anderson** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6018596227289778** <br><br> **Old Navy** <br> **P.O. Box 530942** <br> **Atlanta, GA 30353** | | W | | | | | 998.18 |
| Account No. **508602** <br><br> **PSS** <br> **1450 N. McLean Blvd** <br> **Elgin, IL 60123** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 31,559.33 |
| Account No. **13954-32592** <br><br> **Puget Sound Leasing** <br> **P.O. Box 1295** <br> **Issaquah, WA 98027** | | - | 12/5/06 <br> Equipment: Squat machine, Jtech software, Gonstead adjusting set, EPIC lift, Lead table cover | | | | 39,663.00 |
| Account No. **32592** <br><br> **Puget Sound Leasing, Co.** <br> **P.O. Box 1295** <br> **Issaquah, WA 98027** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 2,271.52 |
| Account No. **902879344** <br><br> **Respironics** <br> **P.O. Box 640817** <br> **Pittsburgh, PA 15264** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 659.76 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,151.79

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Scott Anderson_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **19083** <br><br> **RH Donnelly Publishing and Advertising** <br> **1283 College Park Drive** <br> **Dover, DE 19904** | X | - | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 32,321.59 |
| Account No. **07-002918** <br><br> **Richard Sima** <br> **2212 Elizabeth Dr.** <br> **Broadview, IL 60155** | X | - | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 3,933.85 |
| Account No. **83607,83608,83610,83611** <br><br> **Robbins, Salomon & Patt, Ltd.** <br> **25 E. Washington St.** <br> **Chicago, IL 60602** | X | - | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 5,445.83 |
| Account No. **07-002138** <br><br> **Ron Amrich** <br> **24604 Rylane Ct.** <br> **Shorewood, IL 60404** | X | - | | Creditor of corporate entities in which Scott Anderson has an interest | | | | 7,788.06 |
| Account No. **771 4 13 0740417787** <br><br> **Sam's Club** <br> **P.O. Box 530942** <br> **Atlanta, GA 30353** | | - | | | | | | 571.00 |

| | | |
|---|---|---|
| Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 50,060.33 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Scott Anderson**                                                                   ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07-002734**<br><br>**Sarah Contreras**<br>**25352 S. McKiley Woods Rd.**<br>**Channahon, IL 60410** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 1,338.00 |
| Account No. **JPCC**<br><br>**Service Master**<br>**455 Gundersen Dr.**<br>**Carol Stream, IL 60188** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 12,445.00 |
| Account No. 0629034040-2<br><br>**Sprint**<br>**P.O. box 660092**<br>**Dallas, TX 75266** | | - | cell phone | | | | 0.00 |
| Account No. **07-002583**<br><br>**Stacy Roberson**<br>**6147 Marshall #120**<br>**Chicago Ridge, IL 60415** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 4,110.58 |
| Account No. 463801<br><br>**Sterling Nat'l Bank Leasing**<br>**P.O. Box 1570**<br>**Church Street Station**<br>**New York, NY 10008** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 839.87 |

Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18,733.45

B6F (Official Form 6F) (12/07) - Cont.

In re __Scott Anderson_____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **460815** <br><br> **Sterling Nat'l Bank Leasing** <br> **P.O. Box 1570** <br> **Church Street Station** <br> **New York, NY 10008** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 35.00 |
| Account No. **462728** <br><br> **Sterling Nat'l Bank Leasing** <br> **P.O. Box 1570** <br> **Church Street Station** <br> **New York, NY 10008** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 1,725.75 |
| Account No. <br><br> **Steven Butkus** <br> **Suerard, Kalina & Butkus** <br> **100 W. Roosevelt Rd, Ste. A-1** <br> **Wheaton, IL 60187** | | - | **may have interest in American Chartered Bank v. Scott R. Anderson, et al., Case # 2007CH001778** | | | | Unknown |
| Account No. **07-002998** <br><br> **Tedra Hirtz** <br> **350 E. Circle Ave.** <br> **New Lenox, IL 60451** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 1,075.08 |
| Account No. **07-002779** <br><br> **Thomas Zabiega, MD** <br> **391 Clubhouse St.** <br> **Bolingbrook, IL 60490** | X | - | **Creditor of corporate entities in which Scott Anderson has an interest** | | | | 7,115.39 |

Sheet no. __18__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,951.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Scott Anderson**                                                                    ,    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **302523550-FO**<br><br>**Unlimited Graphix**<br>**4836 Breckville Rd.**<br>**Richfield, OH 44286** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 2,321.77 |
| Account No. **Lease #9501002**<br><br>**VGM Financial Services**<br>**1111 West San Marnan Dr.**<br>**Waterloo, IA 50701** | X | - | Creditor of corporate entities in which Scott Anderson has an interest | | | | 19,410.35 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 21,732.12 |
| Total<br>(Report on Summary of Schedules) | | 1,882,268.24 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Scott Anderson**                                                          ,    Case No. _____
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Archstone Cronin's Landing**<br>**Attn:  Tod Salmonson**<br>**25 Crescent St.**<br>**Waltham, MA 02453** | **Apartment Lease for 237 Moody Street, #552,**<br>**Waltham, MA**<br>**monthly rent: $2,985.00** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Scott Anderson**_____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **See Schedule B #13**<br>    **All corporations listed are co-Debtors for debts**<br>**listed** | **Amanda Tenbarge**<br>**2200 N. Leavitt #1**<br>**Chicago, IL 60657** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **AnazaoHealth Corp.**<br>**P.O. Box 850001**<br>**Orlando, FL 32885** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **Antonine Cham, MD**<br>**Miranda Iskell**<br>**985 N. English**<br>**Braidwood, IL 60408** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **AT&T**<br>**P.O. Box 5218**<br>**Woodridge, IL 60517** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **At&T**<br>**P.O. Box 5218**<br>**Woodridge, IL 60517** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **Aubrey Linder**<br>**2843 Rutland Cr #203**<br>**Naperville, IL 60564** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **Biehl & Biehl, Inc.**<br>**P.O. Box 87410**<br>**Carol Stream, IL 60188** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **Biehl & Biehl, Inc.**<br>**P.O. Box 87410**<br>**Carol Stream, IL 60188** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **Biomet Spine**<br>**P.O. Box 587**<br>**Warsaw, IN 46581** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **Biomet Spine**<br>**P.O. Box 587**<br>**Warsaw, IN 46581** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts**<br>**listed** | **Carrie Keough**<br>**354 S. Palmer**<br>**Bolingbrook, IL 60490** |

**5**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

In re      **Scott Anderson**                                                            ,      Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Carrie Salamone**<br>**20865 W. Ames Ct.**<br>**Plainfield, IL 60544** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Central Electronic Security, Inc.**<br>**350 Randy Rd.**<br>**Carol Stream, IL 60188** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Christopher Evans**<br>**146334 Victoria Crossing**<br>**Lockport, IL 60441** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **CIT Technology Finance Service**<br>**P.O. Box 550599**<br>**Jacksonville, FL 32255** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Citicorp Vendor Finance**<br>**P.O. Box 7247-0322**<br>**Philadelphia, PA 19170** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Citicorp Vendor Finance**<br>**P.O. Box 7247-0322**<br>**Philadelphia, PA 19170** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Crowe, Chizek & Co.**<br>**696 Bay Rd.**<br>**St B**<br>**Dover, DE 19901** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Daniel Cha, MD**<br>**1751 W. George St.**<br>**Chicago, IL 60657** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Delta Dental**<br>**801 Ogden Ave.**<br>**Lisle, IL 60532** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **DHL**<br>**1229 W. Randolph**<br>**Chicago, IL 60607** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Etactics**<br>**70 W. Streetsboro Rd., Ste. 201**<br>**Hudson, OH 44236** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Etactics**<br>**3455 S. 344th Way**<br>**#300 Federal Way**<br>**Auburn, WA 98001** |
| **See Schedule B #13**<br>   **All corporations listed are co-debtors for debts listed** | **Fredrickson Pharmacy**<br>**2121 Oneida St**<br>**Joliet, IL 60435** |

Sheet ___**1**___ of ___**5**___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

In re    **Scott Anderson**                                                                 ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Capitol**<br>**P.O. Box 740441**<br>**Atlanta, GA 30374** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Healthcare Fin. Services**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Healthcare Financial Serives**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Healthcare Financial Services**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Healthcare Financial Services**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Healthcare Financial Services**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Healthcare Financial Services**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Healthcare Financial Services**<br>**P.O. Box 641419**<br>**Pittsburgh, PA 15264** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Healthcare OEC**<br>**P.O. Box 26084**<br>**Salt Lake City, UT 84126** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GE Medical Systems**<br>**P.O. Box 26084**<br>**Salt Lake City, UT 84126** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GlobalCom**<br>**200 E. Randolph Dr.**<br>**Chicago, IL 60601** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GlobalCom**<br>**200 E. Randolph Dr.**<br>**Chicago, IL 60601** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts listed** | **GlobalCom**<br>**200 E. Randolph Dr.**<br>**Chicago, IL 60601** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Scott Anderson**                                                    , Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **IC Commercial Services-Career Bldrs**<br>**4012 Gunn Highway #250**<br>**Tampa, FL 33618** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **IL Paper Company**<br>**P.O. Box 1008**<br>**Arlington Heights, IL 60006** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **Inland Continental Property Mgmt.**<br>**2901 Butterfield Rd.**<br>**Oak Brook, IL 60523** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **Integra**<br>**P.O. Box 404129**<br>**Atlanta, GA 30384** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **James Ivey**<br>**14744 Whipple St.**<br>**Posen, IL 60469** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **Jennifer Carley**<br>**1907 Wilcox St.**<br>**Crest Hill, IL 60403** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **Jon Zemke**<br>**1943 Letrim Ct.**<br>**Mokena, IL 60448** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **Leanne M. Lewis**<br>**12425 S. McVickers Ave.**<br>**Palos Heights, IL 60463** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **Marlin Leasing**<br>**300 Fellowship Rd.**<br>**Mount Laurel, NJ 08054** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **Marlin Leasing**<br>**300 Fellowship Rd.**<br>**Mount Laurel, NJ 08054** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **Mike Perez**<br>**403 Harding Ave.**<br>**Waukegan, IL 60085** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **MVAP**<br>**3555 Old Coneja Rd.**<br>**Newbury Park, CA 91320** |
| **See Schedule B #13**<br>     **All corporations listed are co-debtors for debts**<br>**listed** | **PSS**<br>**1450 N. McLean Blvd**<br>**Elgin, IL 60123** |

Sheet __**3**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re     **Scott Anderson**                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Puget Sound Leasing, Co.**<br>**P.O. Box 1295**<br>**Issaquah, WA 98027** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Respironics**<br>**P.O. Box 640817**<br>**Pittsburgh, PA 15264** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **RH Donnelly Publishing**<br>**and Advertising**<br>**1283 College Park Drive**<br>**Dover, DE 19904** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Richard Sima**<br>**2212 Elizabeth Dr.**<br>**Broadview, IL 60155** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Robbins, Salomon & Patt, Ltd.**<br>**25 E. Washington St.**<br>**Chicago, IL 60602** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Ron Amrich**<br>**24604 Rylane Ct.**<br>**Shorewood, IL 60404** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Sarah Contreras**<br>**25352 S. McKiley Woods Rd.**<br>**Channahon, IL 60410** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Service Master**<br>**455 Gundersen Dr.**<br>**Carol Stream, IL 60188** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Stacy Roberson**<br>**6147 Marshall #120**<br>**Chicago Ridge, IL 60415** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Sterling Nat'l Bank Leasing**<br>**P.O. Box 1570**<br>**Church Street Station**<br>**New York, NY 10008** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Sterling Nat'l Bank Leasing**<br>**P.O. Box 1570**<br>**Church Street Station**<br>**New York, NY 10008** |
| **See Schedule B #13**<br>**All corporations listed are co-debtors for debts**<br>**listed** | **Sterling Nat'l Bank Leasing**<br>**P.O. Box 1570**<br>**Church Street Station**<br>**New York, NY 10008** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Scott Anderson**
_____,    Case No. _____
                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts listed** | **Tedra Hirtz**<br>**350 E. Circle Ave.**<br>**New Lenox, IL 60451** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts listed** | **Thomas Zabiega, MD**<br>**391 Clubhouse St.**<br>**Bolingbrook, IL 60490** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts listed** | **Unlimited Graphix**<br>**4836 Breckville Rd.**<br>**Richfield, OH 44286** |
| **See Schedule B #13**<br>    **All corporations listed are co-debtors for debts listed** | **VGM Financial Services**<br>**1111 West San Marnan Dr.**<br>**Waterloo, IA 50701** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Scott Anderson**                                      Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Married** | RELATIONSHIP(S): **wife** | AGE(S): **47** |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **Healthcare Admin** | |
| Name of Employer | **Boston PainCare** | |
| How long employed | **one month** | |
| Address of Employer | **85 1st Ave. Waltham, MA 02451** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
| --- | --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **10,000.00** | $ **N/A** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | | $ **10,000.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ **2,500.00** | $ **N/A** |
| b. Insurance | | $ **150.00** | $ **N/A** |
| c. Union dues | | $ **0.00** | $ **N/A** |
| d. Other (Specify): | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **2,650.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **7,350.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **N/A** |
| 8. Income from real property | | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | | $ **0.00** | $ **N/A** |
| | | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **7,350.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **7,350.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Scott Anderson**                                          Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,150.00 |
| a. Are real estate taxes included? | Yes _X_    No ___ | |
| b. Is property insurance included? | Yes _X_    No ___ | |
| 2. Utilities:       a. Electricity and heating fuel | | $ 250.00 |
| b. Water and sewer | | $ 75.00 |
| c. Telephone | | $ 150.00 |
| d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 200.00 |
| 4. Food | | $ 1,200.00 |
| 5. Clothing | | $ 500.00 |
| 6. Laundry and dry cleaning | | $ 300.00 |
| 7. Medical and dental expenses | | $ 600.00 |
| 8. Transportation (not including car payments) | | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 250.00 |
| 10. Charitable contributions | | $ 400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 150.00 |
| b. Life | | $ 450.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 200.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    **Tax Lien** | | $ 2,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 600.00 |
| b. Other  **RV Trailer** | | $ 450.00 |
| c. Other  **Auto** | | $ 260.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **Student Loans** | | $ 250.00 |
| Other _____ | | $ 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 11,835.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 7,350.00 |
| b. | Average monthly expenses from Line 18 above | $ 11,835.00 |
| c. | Monthly net income (a. minus b.) | $ -4,485.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Scott Anderson**                                                  Case No.
_____
                                                Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **39** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 9, 2008**                    Signature    **/s/ Scott Anderson**
                                                          **Scott Anderson**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Scott Anderson**                                                         Case No. _____

                                    Debtor(s)                Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$20,000.00** | **2007 Medical Practice - Managers of IL, DNC.** |
| **$60,000.00** | **2006 Boston PainCare Center, Inc.** |
| **$10,000.00** | **2005 Medical Practice Managers of Illinois** |

2

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
□

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Vittorio Caterino v. Scott Anderson, et al., Case No. 02 CH 1827** | | **Circuit Court of the 18th Judicial Circuit, DuPage County, IL** | |
| **American Chartered Bank v. Scott R. Anderson, et al., Case No. 2007CH001778** | **Foreclosure** | **Circuit Court of the 18th Judicial Circuit DuPage County, Wheaton, IL** | **Pending** |
| **Triumph Real Estate Partnership v. Medical Practice Managers of Illinois, Case No. 07 L 341** | **Forcible Entry and Detainer** | **Circuit Court of the 12th Judicial Circuit, Will County, IL** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Christopher Evans vs. Scott Anderson, Case No. 07-003498** | **Collection** | **State of Illinois, Department of Labor, Hearings Division, 160 N. LaSalle St., Ste. C-1300, Chicago, IL** | |
| **James Ivey III v. Scott Anderson, Case No. 07-003406** | **Collection** | **State of Illinois, Department of Labor, Hearings Division, 160 N. LaSalle St., Ste. C-1300, Chicago, IL** | |
| **Daniel Cha v. Scott Anderson, No. 07-002763** | **Wage claim** | **State of Illinois, Department of Labor, Hearings Division, 160 N. LaSalle St., Ste. C-1300, Chicago, IL** | |
| **Amanda Beth Tenbarge v. Scott Anderson, No. 07-002628** | **Wage Claim** | **State of Illinois, Department of Labor, Hearings Division, 160 N. LaSalle St., Ste. C-1300, Chicago, IL** | |
| **Jon Zemke v. Scott R. Anderson and Boston Pain Care Center, Case No. 07 L 380** | **Wage Deduction** | **Circuit Court of the Twelfth Judicial Circuit, Will County** | |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
□   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ford Motor** | **9/15/07** | **2006 Mercury** |
| **Ford Motor** | **9/15/07** | **2007 Ford Van** |

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

**None** ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None** ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Good Shepherd Luthern Church**<br>**525 63rd St.**<br>**Downers Grove, IL 60516** | **Church** | **8/1/07** | **$2,000 used piano** |

### 8. Losses

**None** ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None** ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crane, Heyman, Simon, Welch & Clar**<br>**135 S. LaSalle Street**<br>**Suite 3705**<br>**Chicago, IL 60603** | **June 5, 2007** | **$5,000** |
| **Crane, Heyman, Simon, Welch & Clar**<br>**135 S. LaSalle Street**<br>**Suite 3705**<br>**Chicago, IL 60603** | **Novemember 2, 2007** | **$5,000** |

### 10. Other transfers

**None** ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **SEE SCHEDULE B #13** | | **Corporation List** | | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Crowe Chisek**<br>**696 Bay Rd., St. B**<br>**Dover, DE 19901** | **2004 and 2005** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **American Chartered Bank**<br>**1199 E. Higgins Rd.**<br>**Schaumburg, IL 60173** | **9/1/07** |

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■
   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **January 9, 2008**                    Signature    **/s/ Scott Anderson**

                                                **Scott Anderson**
                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Scott Anderson**

Case No.

Debtor(s)

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residence: 8445 Alden Lane, Darien, IL 60561** | **CitiFinancial Mortgage** | X | | | |
| **Mercury Marauder 4-door sedan** | **Ford Credit** | | | | X |
| **2006 Big Horn - 3500 RL-RV Trailer** | **Northshore Bank** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Form 8 Cont.
(10/05)

In re  **Scott Anderson**                                                              Case No. _____
                                        Debtor(s)


## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)


Date  **January  9, 2008**                        Signature    **/s/ Scott Anderson**

                                                               **Scott Anderson**
                                                               Debtor

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Scott Anderson**

Case No. _____

Debtor(s)

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept............................................................ | $ | **10,000.00** |
| Prior to the filing of this statement I have received............................................ | $ | **10,000.00** |
| Balance Due............................................................................................................ | $ | **0.00** |

2.   The source of the compensation paid to me was:

  ■ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

  ■ Debtor       ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 9, 2008**

**/s/ SCOTT R. CLAR**
**SCOTT R. CLAR**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **SCOTT R. CLAR** | X **/s/ SCOTT R. CLAR** | **January  9, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Scott Anderson** | X **/s/ Scott Anderson** | **January  9, 2008** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) _____ | X _____ | _____ |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Scott Anderson**

                                            Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                     **84**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January  9, 2008**

**/s/ Scott Anderson**

**Scott Anderson**
Signature of Debtor

Amanda Tennant
2200 N. Leavitt #1
Chicago, IL 60657

.

AnazaoHealth Corp.
P.O. Box 850001
Orlando, FL 32885

Antonine Cham, MD
Miranda Iskell
985 N. English
Braidwood, IL 60408

Archstone Cronin's Landing
Attn:  Tod Salmonson
25 Crescent St.
Waltham, MA 02453

AT&T
P.O. Box 5218
Woodridge, IL 60517

Aubrey  Linder
2843 Rutland Cr #203
Naperville, IL 60564

Bank of America Visa
P.o. Box 15489
Wilmington, DE 19886

The Bank of Commerce
171 East Irving Park Rd.
Wood Dale, IL 60191

The Bank of Commerce
171 E. Irving Park Rd.
Wood Dale, IL 60191

Beneficial
193 North York Rd.
Elmhurst, IL 60126

Beneficial
193 North York Road
Elmhurst, IL 60126

Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188

Biomet  Spine
P.O. Box 587
Warsaw, IN 46581

Capitol  One
P.O. Box 790216
Saint Louis, MO 63179

Capitol  One
P.O. Box 70884
Charlotte, NC 28272

Capitol  One
P.O. Box 60067
City Of Industry, CA 91716

Capitol  One
P.O. Box 60024
City Of Industry, CA 91716

Card  member  Service
P.O. Box 15153
Wilmington, DE 19886

Carrie  Keough
354 S. Palmer
Bolingbrook, IL 60490

Carrie  Salamone
20865 W. Ames Ct.
Plainfield, IL 60544

Central  Electronic  Security, Inc.
350 Randy Rd.
Carol Stream, IL 60188

Christopher  Evans
146334 Victoria Crossing
Lockport, IL 60441

CIT Technology Finance Service
P.O. Box 550599
Jacksonville, FL 32255

Citicorp  Vendor  Finance
P.O. Box 7247-0322
Philadelphia, PA 19170

CitiFinancial  Mortgage
P.O. Box 9023
Des Moines, IA 50368

Creekridge  Capital  LLC
7808 Creekridge Circle, Suite 250
Minneapolis, MN 55439

Crowe,  Chizek  &  Co.
696 Bay Rd.
St B
Dover, DE 19901

Daniel  Cha,  MD
1751 W. George St.
Chicago, IL 60657

Delta  Dental
801 Ogden Ave.
Lisle, IL 60532

DHL
1229 W. Randolph
Chicago, IL 60607

Direct TV
address not available
800-531-5000

GE Healthcare Financial Services
P.O. Box 641419
Pittsburgh, PA 15264

Inland Commercial Property Mgmt.
2901 Butterfield Rd.
Oak Brook, IL 60523

Etactics
70 W. Streetsboro Rd., Ste. 201
Hudson, OH 44236

GE Healthcare Financial Services
P.O. Box 641419
Pittsburgh, PA 15264

Integra
P.O. Box 404129
Atlanta, GA 30384

Etactics
3455 S. 344th Way
#300 Federal Way
Auburn, WA 98001

GE Healthcare Financial Services
500 West Monroe
Chicago, IL 60661

James Ivey
14744 Whipple St.
Posen, IL 60469

Financial Pacific Leasing, LLC
3455 South 344th Way
Auburn, WA 98001

GE Healthcare OEC
P.O. Box 26084
Salt Lake City, UT 84126

Jennifer Carley
1907 Wilcox St.
Crest Hill, IL 60403

First Personal Bank
14701 Ravinia Ave.
Orland Park, IL 60462

GE Medical Systems
P.O. Box 26084
Salt Lake City, UT 84126

John O'Donnell
10759 W. 159th St.
Orland Park, IL 60467

First Personal Bank

George M. Stuhr
54 N. Ottawa St., #200
Joliet, IL 60432

Jon Zemke
1943 Letrim Ct.
Mokena, IL 60448

Ford Credit
P.O. Box 790093
Saint Louis, MO 63179

GlobalCom
200 E. Randolph Dr.
Chicago, IL 60601

Leanne M. Lewis
12425 S. McVickers Ave.
Palos Heights, IL 60463

Fredrickson Pharmacy
2121 Oneida St
Joliet, IL 60435

Home Depot
P.O. Box 689100
Des Moines, IA 50368

Marlin Leasing
300 Fellowship Rd.
Mount Laurel, NJ 08054

GE Capitol
P.O. Box 740441
Atlanta, GA 30374

IC Commercial Services-Career Bldrs
4012 Gunn Highway #250
Tampa, FL 33618

Mike Perez
403 Harding Ave.
Waukegan, IL 60085

GE Healthcare Fin. Services
P.O. Box 641419
Pittsburgh, PA 15264

IL Paper Company
P.O. Box 1008
Arlington Heights, IL 60006

MVAP
3555 Old Coneja Rd.
Newbury Park, CA 91320

Norman Finkel
Schoenberg Finkel Newman &Rosenberg
222 S. Riverside #2100
Chicago, IL 60606

Robbins, Salomon & Patt, Ltd.
25 E. Washington St.
Chicago, IL 60602

Jedra Hire
350 E. Circle Ave.
New Lenox, IL 60451

Northern Healthcare Capital
333 Seventh Ave.
New York, NY 10001

Ron Amrich
24604 Rylane Ct.
Shorewood, IL 60404

Thomas Zabiega, MD
391 Clubhouse St.
Bolingbrook, IL 60490

Northshore Bank
15700 West BlueMound Road
Brookfield, WI 53005

Sam's Club
P.O. Box 530942
Atlanta, GA 30353

Unlimited Graphix
4836 Breckville Rd.
Richfield, OH 44286

Old Navy
P.O. Box 530942
Atlanta, GA 30353

Sarah Contreras
25352 S. McKiley Woods Rd.
Channahon, IL 60410

VGM Financial Services
1111 West San Marnan Dr.
Waterloo, IA 50701

PSS
1450 N. McLean Blvd
Elgin, IL 60123

See Schedule B #13

Puget Sound Leasing
P.O. Box 1295
Issaquah, WA 98027

Service Master
455 Gundersen Dr.
Carol Stream, IL 60188

Puget Sound Leasing, Co.
P.O. Box 1295
Issaquah, WA 98027

Sprint
P.O. box 660092
Dallas, TX 75266

Respironics
P.O. Box 640817
Pittsburgh, PA 15264

Stacy Roberson
6147 Marshall #120
Chicago Ridge, IL 60415

RH Donnelly Publishing
 and Advertising
1283 College Park Drive
Dover, DE 19904

Sterling Nat'l Bank Leasing
P.O. Box 1570
Church Street Station
New York, NY 10008

Richard Sima
2212 Elizabeth Dr.
Broadview, IL 60155

Steven Butkus
Suerard, Kalina & Butkus
100 W. Roosevelt Rd, Ste. A-1
Wheaton, IL 60187